## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 350 EAL 2017
: 
Respondent   : 
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
v.   : 
: 
: 
MARQUISE WALKER-WOMACK,   : 
: 
Petitioner   : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.